UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIM ANH THI DOAN,<br><br>　　　　Plaintiff-Petitioner,<br><br>　　v.<br><br>SUZANNE BERGERON, et al.,<br><br>　　　　Defendants-Respondents. | *<br>*<br>*<br>*　Civil Action No. 15-11725-IT<br>*<br>*<br>*<br>*<br>* |

ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION

September 7, 2016

TALWANI, D.J.

Kim Anh Thi Doan's First Amended Complaint [#77] asserted that Doan was being unlawfully detained in Immigration and Customs Enforcement ("ICE") custody. First Am. Compl., Count I. After the court issued a preliminary injunction, see Mem. & Prelim. Inj. Order [#143], the Connecticut probate court committed Doan for psychiatric treatment. Finding that the Connecticut commitment order mooted Doan's habeas petition, this court dismissed Count I of the First Amended Complaint [#77]. Order Mot. Dismiss Pl.'s Habeas Pet. [#198]. Because Count I is dismissed, the Preliminary Injunction [#143] is VACATED.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge